TOWN OF GROTON *v.* PETER R. JOHL

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Peter R. Johl,* pro se, in support of the petition.

Decided April 3, 1992

---

TOWN OF WILTON *v.* JAMES P. MCGOVERN ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

*James P. McGovern,* pro se, and *Susan C. McGovern,* pro se, in support of the petition.

*Eugene E. Cederbaum,* in opposition.

Decided April 3, 1992

---

CHASE LINCOLN FIRST BANK, N.A. *v.* JAMES MCGOVERN

The defendant's petition for certification for appeal from the Appellate Court is denied.

*James McGovern,* pro se, in support of the petition.

*Jonathan A. Harris,* in opposition.

Decided April 3, 1992

---

FRANKLIN L. FRANK *v.* LEON E. COOPER ET AL.

The petition of the defendants Leon E. Cooper and Mary P. Cooper for certification for appeal from the Appellate Court is dismissed.

*Leon E. Cooper,* pro se, and *Mary P. Cooper,* pro se, in support of the petition.

Decided April 3, 1992